GEOFFREY R. DAVENPORT, ESQ. (338045)
LAW OFFICE OF GEOFFREY R. DAVENPORT
3439 Brookside Road, Suite 205
Stockton, CA 95219
Telephone: (209) 955-1999
Facsimile: (209) 475-4951

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| Brandon Dublan, | Case # 2:23-CV-01984-CKD |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL |
| v. | |
| San Joaquin County, et al., | Complaint Filed: 8/10/2023 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED , by and between Plaintiff BRANDON DUBLAN and Defendants SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT and SHERIFF PATRICK WITHROW, by and through their counsel of record, that this action be dismissed as to SHERIFF PATRICK WITHROW, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF, *ONLY*, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

///
///
///
///
///
///

Dated:   October 4, 2023

_____
GEOFFREY R. DAVENPORT
Attorney for Plaintiff

Dated:  October 4, 2023

PORTER SCOTT
A PROFESSIONAL CORPORATION


By: /s/ Carl L. Fessenden_____
Carl L. Fessenden
Katie Bonin
Attorneys for Defendants

[PROPOSED] ORDER

**IT IS SO ORDERED**

DATED:  October 11, 2023

_____
United States District Court Judge
Eastern District of California