**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT and SHERIFF PATRICK WITHROW

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON DUBLAN, | CASE NO. 2:23-cv-01984-CKD |
| Plaintiff, | **STIPULATION FOR DISMISSAL; ORDER** |
| v. | |
| SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT, SHERIFF PATRICK WITHROW, and DOES 1 through 20, | |
| Defendants. _____/ | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BRANDON DUBLAN, and Defendants SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT and SHERIFF PATRICK WITHROW, by and through their counsel of record, that this action be dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own attorney fees and costs.

**IT IS SO STIPULATED.**

/ / /

/ / /

| | |
|---|---|
| Dated: February 27, 2024 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION<br><br>By  /s/Carl L. Fessenden<br>     Carl L. Fessenden<br>     Attorneys for Defendants |
| Dated: February 27, 204 | LAW OFFICES OF GEOFFREY R. DAVENPORT<br><br>By /s/Geoffrey R. Davenport (*Authorized on 2/27/24*)<br>    Geoffrey R. Davenport<br>    Attorney for Plaintiff |

## ORDER

**IT IS SO ORDERED.**

Dated:  February 28, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE